1040

[No. 19974-6-III.   Division Three.   May 16, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. ADAM BENSON JARRAD, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 00-1-01874-7, Paul A. Bastine, J., entered February 16, 2001. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Brown, C.J., and Kato, J.

[No. 25843-9-II.   Division Two.   May 17, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. MYRON GAYLORD BRANDON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 99-1-02064-4, Stephanie A. Arend, J., entered April 17, 2000. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Hunt, C.J., and Armstrong, J.

[No. 26202-9-II.   Division Two.   May 17, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. MARTIN LYNN PRUITT, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 00-1-00856-4, Terry D. Sebring, J., entered July 14, 2000. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Bridgewater and Armstrong, JJ.

[Nos. 26239-8-II; 26242-8-II.   Division Two.   May 17, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. JACOB A. SQUIBB, *Appellant*.

Appeals from a judgment of the Superior Court for Lewis County, No. 99-1-00137-5, Richard L. Brosey, J., entered July 27, 2000. *Affirmed* by unpublished opinion per Quinn-Brintnall, A.C.J., concurred in by Bridgewater and Armstrong, JJ.